**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 23-0101** |
| **V.** | * | **SECTION: "L" (5)** |
| **MERVYN LUCAS** | * | |

## ORDER AND REASONS

Considering Defendant Mervyn Lucas's Motion for Sentence Modification, R. Doc. 63;

**IT IS ORDERED** that the Motion is **DENIED**. Mr. Lucas was sentenced in on February 6, 2025, after the changes implemented by Amendment 821 to the United States Sentencing Guidelines went into effect. R. Doc. 59. Accordingly, Mr. Lucas's sentencing range was calculated with consideration to those changes and was not subsequently lowered by the Sentencing Commission via Amendment 821. Mr. Lucas is thus ineligible for a sentence reduction under 18 U.S.C. § 3582(c)(2).

New Orleans, Louisiana, this 8th day of June, 2026.

_____

United States District Judge